**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

**v.**                      **Case No.  2:20-cr-00157 KGB**

**ALREICO WILEY**                                                                         **DEFENDANT**

### **ORDER**

Before the Court is the United States' motion to dismiss indictment without prejudice now pending against defendant Alreico Wiley (Dkt. No. 21). The Court grants the United States' motion to dismiss indictment without prejudice (Dkt. No. 21), and the Court dismisses the indictment without prejudice now pending against Mr. Wiley.

It is so ordered this 19th day of November 2020.

_____
Kristine G. Baker
United States District Judge